FILED
U.S. DISTRICT COURT

2000 JAN 20 P 12: 51

LORETTA G. WHYTE

MINUTE ENTRY
CHASEZ, M.J.
JANUARY 19, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPHINE S. LOVOI | CIVIL ACTION |
| VERSUS | NUMBER: 00-0161 |
| APPLE ONE EMPLOYMENT SERVICES | SECTION: "E"(5) |

The undersigned herewith recuses herself from handling this mater in that plaintiff has a pending judicial complaint lodged against the undersigned.

The Clerk is herewith **ORDERED** to reallot this matter to another Magistrate section of the Court.

REALLOTTED TO
MAG. 4

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY JAN 26 2000

Fee_____
Process___
X Dktd____
CtRmDep__
Doc. No.__