UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPHINE S. LOVOI

VERSUS

APPLE ONE EMPLOYMENT SERVICES

CIVIL ACTION
NO. 00-0161
SECT. E MAG. 4

## ORDER

Considering the application and affidavit to proceed <u>in forma pauperis</u>,

**IT IS ORDERED** that:

☑ the motion is GRANTED; the party is entitled to proceed <u>in forma pauperis</u>.

☐ the motion is MOOT; the party was previously granted pauper status.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons:

_____

_____

_____

New Orleans, Louisiana, this 24th day of January, 2000.

DATE OF ENTRY  JAN 26 2000

_____
UNITED STATES MAGISTRATE JUDGE