FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 20  P 2:56

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
LIVAUDAIS, SJ.
June 20, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

JOSEPHINE S. LOVOI                                CIVIL ACTION

versus                                            No. 00-161

APPLE ONE EMPLOYMENT SERVICES                     SECTION: E/4

    Plaintiff Josephine S. Lovoi has filed a motion to stay the case. Defendant Apple One Employment Services has advised that it opposes the motion. Therefore, the plaintiff's motion to stay the case shall be set for consideration without oral argument on **JULY 12, 2000 AT 10:00 A.M.** No court appearance is necessary.

DATE OF ENTRY
JUN 2 1 2000

Fee____
Process____
X Dktd____
_ CtRmDep____
Doc. No. 14