UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPHINE S. LOVOI**<br>    **PLAINTIFF** | CIVIL ACTION |
| VS. | NO. 00-0161 |
| **APPLE ONE EMPLOYMENT**<br>**SERVICES**<br>    **DEFENDANT** | SECTION "E", 5 4 |

*********************************************************************************
### MOTION TO LEAVE TO FILE MEMORANDUM TO THE COURT
*********************************************************************************

**NOW INTO COURT COMES** Josephine S. Lovoi, plaintiff in pro se who files a Motion to leave to the file a memorandum to the court.

RESPECTFULLY SUBMITTED,

*Josephine S. Lovoi*
JOSEPHINE S. LOVOI
PLAINTIFF IN PRO SE
843 AURORA AVENUE
METAIRIE, LA 70005
(504) 833-7590

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of this pleading was served to the defendants legal counsel by U. S. Mail, prepaid, fax or hand delivered on June 22, 2000.

*Josephine S. Lovoi*

DATE OF ENTRY
JUN 2 3 2000

ORDER

Considering the foregoing Motion and Memorandum it is hereby ORDERED that the plaintiff be allowed to file the Memorandum to the Court.

New Orleans, Louisiana on June 23, 2000.

_____
UNITED STATES DISTRICT JUDGE