UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    JUN 30 2000
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **JOSEPHINE S. LOVOI**<br>    **PLAINTIFF** | **CIVIL ACTION** |
| VS. | NO. 00-0161 |
| **APPLE ONE EMPLOYMENT SERVICES**<br>    **DEFENDANT** | SECTION "E"(4) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**MOTION TO LEAVE TO FILE MEMORANDUM TO THE COURT**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    **NOW INTO COURT COMES** Josephine S. Lovoi, plaintiff in pro se who files a Motion to leave to file a memorandum to the court.

                                          RESPECTFULLY SUBMITTED,

                                          */s/ Josephine S. Lovoi*
                                          JOSEPHINE S. LOVOI
                                          PLAINTIFF IN PRO SE
                                          843 AURORA AVENUE
                                          METAIRIE, LA 70005
                                          (504) 833-7590

                                         CERTIFICATE OF SERVICE

    I do hereby certify that a copy of this pleading was served to the defendants legal counsel by U. S. Mail, prepaid, fax or hand delivered on June 22, 2000.

                                          */s/ Josephine S. Lovoi*

DATE OF ENTRY
JUL 0 5 2000

\_\_Fee
\_\_Process
X\_Dktd
X\_CtRmDep
Doc.No.\_\_

ORDER

Considering the foregoing Motion and Memorandum, it is hereby ORDERED that the plaintiff be allowed to file the Mrmorandum to the Court.

New Orleans, Louisiana on July 5, 2000.

_____
UNITED STATES DISTRICT JUDGE