

**MINUTE ENTRY
ROBY, M.J.
July 18, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPHINE S. LOVOI** | **CIVIL ACTION** |
| **VERSUS** | **NO:  00-0161** |
| **APPLE ONE EMPLOYMENT SERVICES** | **SECTION: "E" (4)** |

On June 30, 2000, the defendant, Apple One Employment Services ("defendant") filed a **Motion to Compel (doc. #21)**, against the plaintiff, Josephine S. Lovoi ("plaintiff") contending that the plaintiff has failed to respond to its Interrogatories and Requests for Production of Documents, propounded on May 26, 2000.   The defendant seeks an order from the Court compelling the plaintiff to respond to its discovery requests and further seeks an award of reasonable attorney's fees incurred in filing the instant motion.

The defendant's motion is set for hearing on July 19, 2000.  The plaintiff has not filed an opposition to this motion.   Local Rule 7.5E states:

> Each party opposing a motion shall file, in duplicate, a memorandum of the reasons advanced in opposition to the motion and a list of citations of the authorities upon which the opponent relies or copies of these authorities no later than the eighth calendar day prior to the noticed hearing and shall at the same time serve a copy thereof on the opposing on the opposing party.

DATE OF ENTRY
JUL 1 9 2000



Accordingly,

**IT IS THEREFORE ORDERED** that the defendant, Apple One Employment Services's **Motion to Compel (doc # 21)** is hereby **GRANTED AS UNOPPOSED**. The plaintiff is ordered to provide full and complete responses to the defendant's Interrogatories and Requests for Production of Documents **within twenty (20) days** of this order.

**IT IS FURTHER ORDERED** that the defendant's request for an award of reasonable attorney's fees incurred in filing the instant motion is hereby **GRANTED**. Should the defendant desire to pursue the award of fees, the defendant is to submit to the Court the appropriate documentation, by way of a supplemental memorandum.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE