

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPHINE S. LOVOI | CIVIL ACTION |
| versus | No. 00-161 |
| APPLE ONE EMPLOYMENT SERVICES | SECTION: E/4 |

**RULING ON MOTION**

Plaintiff Josephine S. Lovoi, proceeding *pro se*, has filed a motion to reconsider the denial of the plaintiff's prior motion to stay. In her motion to reconsider, plaintiff again asserted that she was a contributing United States witness in United States v. Edwards, a case being prosecuted by the United States Attorney's Office in this district, and that she is prohibited from answering any interrogatories or being deposed in the instant case.

The Court sent a letter to Jim Letten, the AUSA prosecuting this case (Rec. Doc. No. 26), to determine the basis of plaintiff's motion to stay. Attached hereto is Mr. Letten's reply, which is to

1



DATE OF ENTRY
JUL 20 2000

be filed in the record and a copy sent to the plaintiff and defense counsel, in which he states that "at no time has Ms. Lovoi ever been an actual or potential government witness in the Edwards case, nor any other case to my knowledge. . . . Please rest assured also that there have been no instructions or requests from this office or the FBI regarding her freedom to answer questions, release information, or respond to discovery in any civil complaints. Ms. Lovoi's contact with the federal government have been strictly unilateral on her part with no reciprocation, instructions, or requests from us. I can therefore say to the Court with confidence that I am not cognizant of any circumstances which would restrict Ms. Lovoi's participation in ligitation."

Considering Mr. Letten's reply, the Court finds that the grounds urged by Ms. Lovoi to stay this matter are without merit. Upon receipt of a copy of the Court's letter to Mr. Letten, Ms. Lovoi faxed the Court a letter indicating that one of her judicial complaints is pending before the Fifth Circuit and that she is a "contributing witness" in an investigation of L.J. Hymel, the United States Attorney for the Middle District of Louisiana.

2

Regardless whether Ms. Lovoi has a judicial complaint pending and whether she is a "contributing witness" in any other criminal investigation, the motion of plaintiff to reconsider the Court's order denying her motion for a stay is hereby **DENIED**.

New Orleans, Louisiana, July 19, 2000.

_____
MARCEL LIVAUDAIS, JR.
United States District Judge