MINUTE ENTRY
LIVAUDAIS, SJ.
July 26, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPHINE S. LOVOI                              CIVIL ACTION

versus                                          No. 00-161

APPLE ONE EMPLOYMENT SERVICES                   SECTION: E/5

    Plaintiff Josephine S. Lovoi has filed a motion to reconsider ruling on request for motion to stay and motion to reconsider ruling on the motion to compel, which the Court will treat as a motion for review of the Magistrate Judge's order. This motion shall be set for consideration without oral argument on **August 23, 2000.** Any opposition to the motion must be filed not later than August 14, 2000. No court appearance is necessary.