FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 22  AM 8: 45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPHINE S. LOVOI                                    CIVIL ACTION

versus                                                        No.   00-161

APPLE ONE EMPLOYMENT SERVICES                      SECTION: E/4

### RULING ON MOTION

Plaintiff Josephine S. Lovoi, proceeding *pro se*, has filed a second motion to reconsider the denial of the plaintiff's prior motion to stay and a motion to reconsider ruling on the motion to compel.   In her second motion to reconsider, plaintiff again asserts that she was a contributing United States witness in United States v. Edwards, a case which was prosecuted by the United States Attorney's Office in this district, and that she is prohibited from participating in discovery in this case, which is a case which she has filed asserting age discrimination against the defendant, an employment service.

1

DATE OF ENTRY

AUG 2 2 2000



Plaintiff has adduced no new facts, evidence or law sufficient to alter the Court's initial decision to deny the stay. Plaintiff's participation in other criminal investigations are unrelated to this suit and both the defendant and the plaintiff are entitled to conduct discovery in this suit so that it may proceed expeditiously.

Plaintiff also seeks a review of the Magistrate Judge's order compelling her to respond to discovery and assessing monetary sanctions against her for failing to respond to the motion to compel. Because plaintiff is proceeding *pro se* and had sought a stay order from the district court, the Court will reverse the monetary sanctions portion of the Magistrate Judge's order, but will affirm the order compelling answers to the discovery. Plaintiff has simply not furnished any reasonable basis for not responding to discovery on **this** suit, one that she filed against the defendant.

Accordingly, for the above and foregoing reasons,

**IT IS ORDERED** that plaintiff's second motion to reconsider ruling on the motion to stay be and is hereby **DENIED**;

**IT IS FURTHER ORDERED** that plaintiff's motion for review of the Magistrate Judge's order on the defendant's motion to compel be and is hereby **GRANTED IN PART**, in that the order assessing monetary sanction is **REVERSED**, and **DENIED IN PART**, in that as to all other aspects of the Magistrate Judge's order compelling the plaintiff to respond to discovery propounded to her, the Magistrate Judge's order is **AFFIRMED**.

New Orleans, Louisiana, August 21, 2000.

_____
**MARCEL LIVAUDAIS, JR.**
United States District Judge

3