

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPHINE S. LOVOI** | **CIVIL ACTION** |
| VS. | NO. 00-0161 |
| **APPLE ONE EMPLOYMENT SERVICES** | **MARCEL LIVAUDAIS, JR.** SECTION "E" |
| | **MAGISTRATE KAREN WELLS ROBY** DIVISION 4 |

### MOTION FOR LEAVE TO SUPPLEMENT MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO COMPLY WITH A JUDGMENT COMPELLING DISCOVERY OR, IN THE ALTERNATIVE, MOTION FOR CONTEMPT

NOW INTO COURT, comes Defendant, Apple One Employment Services, who respectfully moves this Honorable court for a Motion for Leave to Supplement Memorandum in Support of Motion to Dismiss for Failure to Comply with a Judgment Compelling Discovery or, in the Alternative, Motion for Contempt of Plaintiff, Josephine S. Lovoi, Pursuant to Rule 12 (b)(6), for failure to state a claim, or in the Alternative, Motion for More Definite Statement Pursuant to Rule 12(e), as more fully explained in the attached Memorandum.

DATE OF ENTRY
SEP 0 7 2000

Respectfully submitted,

_____
J. DOUGLAS SUNSERI (#19173)
KIRK J. FROSCH (#24097)
NICAUD, SUNSERI & FRADELLA, L.L.C.
A Group of Professional Law Corporations
3525 N. Causeway Boulevard, Suite 101
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Defendant,
Apple One Employment Service

---

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on Plaintiff In Pro Se, Josephine S. Lovoi by hand delivery or placing same in the United States mail, properly addressed and postage pre-paid this _____ day of September, 2000

_____
J. DOUGLAS SUNSERI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPHINE S. LOVOI** | **CIVIL ACTION** |
| **VS.** | **NO. 00-0161** |
| **APPLE ONE EMPLOYMENT SERVICES** | **MARCEL LIVAUDAIS, JR. SECTION "E"** |
| | **MAGISTRATE KAREN WELLS ROBY DIVISION 4** |

## ORDER

Considering the above and foregoing Motion for Leave to Supplement Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED,** that Defendant, Apple One Employment Services be granted leave to Supplement its Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana this \_\_\_6\_\_\_ day of \_\_\_Sep_____, 2000.

_____
JUDGE

Respectfully submitted,

_____
J. DOUGLAS SUNSERI (#19173)
KIRK J. FROSCH (#24097)
NICAUD, SUNSERI & FRADELLA, L.L.C.
A Group of Professional Law Corporations
3525 N. Causeway Boulevard, Suite 101
Metairie, Louisiana 70002
Telephone: (504) 837-1304
Attorneys for Defendant,
Apple One Employment Services