```
                                        FILED
                                   U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                   2000 SEP -7  AM 10: 30

                                     LORETTA G. WHYTE
                                          CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPHINE S. LOVOI                                CIVIL ACTION

versus                                            No. 00-161

APPLE ONE EMPLOYMENT SERVICES                     SECTION: E/4

### ORDER AND REASONS

Defendant Apple One Employment Services has filed a motion to dismiss the plaintiff's complaint for failure to comply with a judgment compelling discovery or, in the alternative, a motion for contempt and other relief. *Pro se* plaintiff, Josephine Lovoi, opposes the motion.

At the time the instant motion was filed, August 11, 2000, plaintiff had pending a motion she had filed on July 25, 2000, for reconsideration of the Court's ruling on her motion to stay and for review of the Magistrate Judge's order compelling discovery. A ruling on that motion was issued on August 22, 2000. Trial in this

DATE OF ENTRY
SEP 0 7 2000



matter is set on February 5, 2001.

Defendant filed a supplemental memorandum on September 5, 2000, advising that as of this date, despite the fact that the plaintiff's motion for reconsideration and for review of the Magistrate Judge's order compelling plaintiff to answer the discovery that had been propounded in June was denied in August, 2000, plaintiff has still not responded to the discovery. The Court is aware that plaintiff is a *pro se* litigant, but she has actively filed pleadings and memorandum in this litigation and is capable of answering the discovery propounded to her. Plaintiff has been ordered by the Magistrate Judge to respond to this discovery and this district judge has affirmed that order.

By order entered July 19, 2000, plaintiff was ordered to respond to the discovery within 20 days. On August 22, 2000, plaintiff's motion for review of the Magistrate Judge's order compelling her to answer was denied, except that the monetary sanctions were reversed. Twenty days after August 22, 2000 is September 11, 2000. The instant motion to dismiss will be continued until September 20, 2000. The Court will allow Ms. Lovoi

until September 15, 2000 to respond to the discovery, which is more than enough time considering the months that this matter has been pending. If responses are not filed by that date, the Court will grant this motion.

Accordingly, for the above and foregoing reasons,

**IT IS ORDERED** that the defendant's motion to dismiss be and is hereby **CONTINUED** until September 20, 2000. Should plaintiff fail to file responses to the discovery that has been propounded to her by September 15, 2000, the motion to dismiss will be granted.

New Orleans, Louisiana, September _6_, 2000.

_____
**MARCEL LIVAUDAIS, JR.**
United States District Judge