

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPHINE S. LOVOI | CIVIL ACTION |
| versus | No. 00-161 |
| APPLE ONE EMPLOYMENT SERVICES | SECTION: E/4 |

### RULING ON MOTION

Defendant Apple One Employment Services had filed a motion to dismiss the plaintiff's complaint for failure to comply with an order compelling discovery. The motion was continued to September 20, 2000, with an accompanying order directing plaintiff to respond to the discovery on or before September 15, 2000, or the instant motion would be granted. Defense counsel has advised that plaintiff attempted complied with the Court's order by September 15, 2000, and that plaintiff's deposition was taken. Accordingly,

**IT IS ORDERED** that the motion of defendant Apple One to dismiss plaintiff's complaint for failure to comply with an order compelling discovery be **DENIED AS MOOT**.

New Orleans, Louisiana, September 19, 2000.

_____
MARCEL LIVAUDAIS, JR.
United States District Judge

DATE OF ENTRY
SEP 2 0 2000