UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 05 OCT 2000
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JOSEPHINE S. LOVOI<br>    PLAINTIFF | CIVIL ACTION |
| VS. | CASE NO. 00-161 |
| APPLE ONE EMPLOYMENT<br>SERVICES<br>    DEFENDANT | SECTION "E" 4 |

*********************************************************************
**MOTION AND MEMORANDUM TO LEAVE
TO FILE SUPPLEMENTAL EVIDENCE**
*********************************************************************

**NOW INTO COURT COMES** Josephine S. Lovoi, plaintiff in pro se files this Motion to submitt supplemental evidence. This evidence backs up what this plaintiff has been referring to that this court is putting the plaintiff's health at risk.

The plaintiff is of the age of 50 years old and is personally experiencing menopausal symptoms. By this court having made the decision not yet to return the plaintiff to be available to work for her employer, the defendant, APPLE ONE EMPLOYMENT SERVICES, where she can earn a salary to afford the proper nutrienal needs that would prevent the nutritional losses that her body is personally experience and could cause this plaintiff further health problems throughout the rest of her life, this plaintiff is being unnecessarily placed at RISK. Why would the court do this to the plaintiff?

This plaintiff would like to point out also that she believes hereself to be A STATISTIC of what is happening to many women who are employed with TEMPORARY EMPLOYMENT AGENCIES. The plaintiff further alleges that these temporary employment agencies are playing with the lives of individuals who depend on them. This does not necesssarily have to be APPLE ONE EMPLOYMENT SERVICES,

DATE OF ENTRY
OCT 0 6 2000

___Fee_____
___Process___
_X_ Dktd_____
_X_ CtRmDep__
Doc.No._56__

-2-

this refers to all Temporary Employment Agencies.

The plaintiff wishes for this court to read Exhibit "A."

The plaintiff is unable to purchase the recommended supplements that are required while going through this phase of her life, because she cannot financially aford this. The charitable organizations are not financially equipped to put out money for these types of treatments.

## CONCLUSION

The plaintiff wishes for this court to recognize what part it is playing with the plaintiffs life and well being as she suffers through these matters and the additional stress that it is causing her.

RESPECTFULLY SUBMITTED,

*Josephine S. Lovoi*
JOSEPHINE S. LOVOI
PLAINTIFF IN PRO SE
843 AURORA AVENUE
METAIRIE, LA 70005
(504) 833-7590

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of this pleading has been served to the legal counse of the defendant via U. S. Mail, postage prepaid, hand delivered, via fax on October 5, 2000.

*Josephine S. Lovoi*

ORDER

CONSIDERING the above facts the plaintiff is allowed to submitt the supplemental evidence into this case on October 5, 2000, in New Orleans, Louisiana

_____
SENIOR U. S. DIST. FED. JUDGE