FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 10 AM 11:06

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPHINE S. LOVOI                    CIVIL ACTION

versus                                No. 00-161

APPLE ONE EMPLOYMENT SERVICES         SECTION: E/4

### RULING ON MOTION

Plaintiff Josephine Lovoi, proceeding *pro se*, has filed a motion requesting that this Court terminated the services of Jim Letten as a public servant for the United States Government. Jim Letten is the First Assistant United States Attorney serving under the United States Attorney Eddie J. Jordan, Jr., in the United States Department of Justice. This Court is without any authority whatsoever in the appointment and termination of the services of any United States Attorney or Assistant United States Attorney.

Accordingly, for the above and foregoing reasons,

**IT IS ORDERED** that the motion of plaintiff Josephine Lovoi

1

DATE OF ENTRY
OCT 1 0 2000



requesting that this Court terminate the services of Mr. Jim Letten as First Assistant United States Attorney be and is hereby **DENIED**.

New Orleans, Louisiana, October 10, 2000.

                                            **MARCEL LIVAUDAIS, JR.**
                                            United States District Judge