

```
              FILED
        U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

        2000 OCT 10  AM 11:06

         LORETTA G. WHYTE
              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPHINE S. LOVOI                         CIVIL ACTION

versus                                     No. 00-161

APPLE ONE EMPLOYMENT SERVICES              SECTION: E/4

### RULING ON MOTION

Plaintiff Josephine Lovoi, proceeding *pro se*, has filed a motion requesting that this Court order the defendant, Apple One Employment Services, to return to work. Apple One is apparently a temporary work services company and plaintiff desires that she be placed in an available temporary position. She filed this suit against Apple One on the basis that it refused to hire her because of age discrimination.

Should plaintiff ultimately prevail in this suit and establish that defendant violated the Age Discrimination in Employment Act by refusing to hire her because of her age, she can seek equitable

1

DATE OF ENTRY
OCT 1 0 2000



relief, in the form of reinstatement, although it is not always allowed as a remedy in employment discrimination cases depending upon the circumstances.

However, until and unless plaintiff succeeds in proving her case of age discrimination, it is premature to seek reinstatement. Accordingly, for the above and foregoing reasons,

**IT IS ORDERED** that the motion of plaintiff Josephine Lovoi requesting an order directing the defendant to return the plaintiff to work be and is hereby **DENIED**.

New Orleans, Louisiana, October 10, 2000.

_____
**MARCEL LIVAUDAIS, JR.**
United States District Judge

2