MINUTE ENTRY
FALLON, J.
October 20, 2000



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 20  PM 4: 32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPHINE S. LOVOI                    CIVIL ACTION

VERSUS                                NO. 00-161

APPLE ONE EMPLOYMENT SERVICES         SECTION: L

    This matter having been reallotted from another section of this Court, there will be a Status Conference held in chambers, C-456, on FRIDAY, NOVEMBER 3, 2000, at 1:30 pm, before JUDGE ELDON E. FALLON.

DATE OF ENTRY
OCT 2 3 2000

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. 64