

MINUTE ENTRY
FALLON, J.
October 26, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPHINE S. LOVOI | * | CIVIL ACTION |
| VERSUS | * | NO. 00-161 |
| APPLE ONE EMPLOYMENT SERVICES | * | SECTION "L" (4) |

IT IS ORDERED that the in chambers status conference scheduled for Friday, November 3, 2000 at 1:30 p.m. is CONTINUED to Wednesday, November 8, 2000 at 3:30 p.m.

DATE OF ENTRY
OCT 3 0 2000

