U.S. DISTRICT COURT
Eastern District of Louisiana

FILED   OCT 2 6 2000

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPHINE S. LOVOI                      CIVIL ACTION
        PLAINTIFF

VS.                                     CASE NO.  00-161

APPLE ONE EMPLOYMENT                    SECTION "L" (4)
SERVICES
        DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION AND MEMORANDUM REQUEST THAT JUDGE FALLON REREAD ALL OF THE MOTIONS THAT THE PLAINTIFF SUBMITTED AND RULE ON EACH ONE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW INTO COURT COMES Josephine S. Lovoi, plaintiff in pro se who request

that Judge Fallon read ALL of the motions that the plaintiff submitted in this case and

rule on each one of them.  The reason for this request is that Judge Livaudais showed

and allegedly proved he was prejudice against the plaintiff, violated the plaintiff's civil

rights and ultimately made the decision to recuse himself from this case.  The plaintiff

believes that her case has not been properly handled with no logical explanations given.

Judge Livaudais stated in his recusal order, "wherein Ms. Lovoi expresses concern

regarding the Court's impartiality in this matter."  Judge Livaudais made this decision on

his own accord **"AFTER"** it was pointed out of all the CIVIL RIGHTS VIOLATIONS

that he allegedly believed that he could get away with.  It is obvious that GUILT pervailed

on Judge Livaudais and he realized, after it was pointed out to him by this plaintiff, that

he was not exactly following the laws, infact, VIOLATING THEM AND AIDING AND

ABETTING OTHERS TO ALSO VIOLATE THE LAWS.  An example of that would be

Jim Letten.  Please refer to past motion, and letter dated October 11, 2000, both are

DATE OF ENTRY

NOV 0 9 2000

Fee
Process
X  Dktd
X  CtRmDep
Doc.No.

-2-

located in this case.

After Judge Livaudais realized he could not get away with this matter at hand he "DUMPED" the case to the next judge, like a HOT POTATOE.

The plaintiff has already pointed out in the case that judges are not above crime. Judge Livaudais was made aware of crime. IT IS A FEDERAL FELONY TO KNOW OF CRIME AND NOT REPORT IT. Judge L:ivaudais not only knew about crime, but aided and abetted it as layed in this case, now placing Judge Fallon involved with his knowledge of this crime. Like passing the HOT POTATOE.

These issues are very serious. This plaintiff is greatly concerned for not only was there a VIOLATION of the plaintiff's civil rights, but also her integrity was wrongfully misrepresented by Mr. Jim Letten who he himself falsified information to SEVERAL federal courts and Judge Livaudais.

CONCLUSION

The plaintiff feels that it is a very sad time in the 5th Circuit when a federal judge feels that he can automatically VIOLATE an individuals civil rights and get away with it by aiding and abetting others.

RESPECTFULLY SUBMITTED,
JOSEPHINE S. LOVOI
PLAINTIFF IN PRO SE
843 AURORA AVENUE
METAIRIE, LA 70005

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of this pleading was given to the defendants

counsel via U. S. Mail, postage prepaid, hand delivered, or via fax on October

26, 2000.

ORDER

CONSIDERING the above pleading the plaintiffs request for Motion

is GRANTED on ____nov. 8th____, 2000, in New Orleans, Louisiana.

_____
United States Federal Judge