U.S. DISTRICT COURT
Eastern District of Louisiana

FILED NOV 08 2000

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPHINE S. LOVOI          CIVIL ACTION
    PLAINTIFF

VS.                          CASE NO. 00-161

APPLE ONE EMPLOYMENT         SECTION "L" (4)
SERVICES
    DEFENDANT

*********************************************************************
MOTION AND MEMORANDUM TO LEAVE TO FILE SUPPLEMENTAL EVIDENCE
*********************************************************************

NOW INTO COURT COMES Josephine S. Lovoi, plaintiff in pro se who request Judge Fallon review the Exhibit "B," Section 1985(2) of Title 42, a conspiracy statute.

Federal Judge Livaudais, now the former judge who over saw this case, who recused himself from this case sought out on his own to find out if this plaintiff was telling the truth that she was a witness in the USA vs. EDWARDS case. He contacted the federal prosecutor, Jim Letten. In letter form this matter took place. Jim Letten responded to Judge Livaudais that the plaintiff was not a witness, which was false information. The the plaintiff corrected the matter via pleadings. Judge Livaudais TOOK NO ACTION to follow up the truth, report the falsification to Jim Letten's supervisor, Eddie Jordan, Jr., or to the Office of Professional Responsibility. Judge Livaudais did no follow-up. The plaintiff alleges that Judge Livaudais aided and abetted the conspiracy of Jim Letten and Eddie Jordan, Jr.

It is a known fact that this plaintiff presented evidence that Mr. Letten's criminal, Robert Guidry committed perjury in the USA vs. EDWARDS case and FRAUD to another federal court at the same time the two cases were going on. Mr. Letten and Mr.

DATE OF ENTRY
NOV 13 2000

Fee_____
Process_____
X Dktd_____
X CtRmDep_____
Doc.No._67_

-2-

Jordan, amongst others are fully aware of this matter and they each posses a copy of the this evidence. Mr. Letten and Mr. Jordan, the plaintiff alleges, are trying in every way possible to violate laws in order to cover up their short comings in the case of USA vs. Edwards. A further example of that would be, when they took a pronounced criminal, Robert Guidry, allegedly, illegally plea bargained with him (they had no authority to plea bargain with him while Mr. Guidry was involved in another federal law suit, LOVOI vs. TREASURE CHEST CASINO, LLC., BOYD GAMING CORP., and ROBERT GUIDRY **that was going on at the very same time** that the USA vs. Edwards case was going on.) They both had the support of federal judges to cover up their crime.

This conspiracy to DISCREDIT this plaintiff rolled over into this case, LOVOI vs. APPLE ONE which under the law is a form of "RETALIATION." This plaintiff did participate as a "CONTRIBUTING WITNESS" in federal court proceedings.

When this plaintiff brought this information to the attention of the former judge on this case, and asked for disciplinary action to be taken against Mr. Letten, the former Judge Livaudais, DID NOTHING, TOOK NO ACTOIN WHAT SO EVER, which certainly alleges that he was willing to participate in Mr. Letten's and Mr. Jordan's conspiracy and retaliation actions, aiding and abetting, conspiracy, obstruction of justice and subordination of perjury.

This plaintiff request that the new judge on this case, Judge Fallon not take this matter lightly and give some serious attention to this matter for it certainly affects many matters and issues or Judge Fallon could find himself in Judge Livaudais position and the

-3-

plaintiff does not wish for this to happen.

THIS PLAINTIFF STATES THIS MATTER VERY CLEARLY, HAD FEDERAL JUDGE MARY ANN VIAL LEMON AND SEVERAL OTHER FEDERAL JUDGES HAD NOT PARTICIPATED IN THE CRIMINAL ACTIVITY OF ROBERT GUIDRY, JIM LETTEN AND EDDIE JORDAN, JR., THIS PLAINTIFF WOULD LIKELY NOT HAVE TO BE IN THIS COURT FIGHTING FOR HER CIVIL RIGHTS.

## THIS CASE HAS NOW GONE FROM A CIVIL CASE TO A CRIMINAL CASE.

Under the Louisiana Riverboat Gaming Control Law, R.S. 27:100, Subsection 99, **CRIME OF FALSE STATEMENTS RELATING TO GAMING:**

- **A.   No person shall knowingly or intentionally make a material false statement in any application for a license to conduct gaming activities or permit or make a material false entry in any book or record which is required, compiled, or maintained pursuant to the provision of this Chapter.**

- **B.   Any person who violates the provisions of this Section shall be imprisoned at hard labor for not less than two nor more than twenty-five years and may be fined an amount not to exceed twenty-five thousand dollars or the dollar amount of th false entry or statement whichever is greater.**

Mr. Charles Matthews, Special Agent in charge of the FBI in New Orleans, Louisiana, Mr. Eddie Jordan, Jr., U. S. Attorney in New Orleans, Louisiana, Mr. Jim Letten, Prosecuting Attorney in New Orleans, Louisiana, Mr. L. J. Hymel, U. S. Attorney in Baton Rouge, Louisiana, Mr. East, Special Agent in charge of the FBI office in Baton

-4-

Rouge, Louisiana, Mr. Mike Foster, Governor of the State of Louisiana, Mr. Richard Ieyoub, Attorney General of the State of Louisiana, Mr. Charles Plattsmier, Louisiana Disciplinary Board, The Louisiana Ethics Board, all of the judges on the Louisiana Supreme Court, Federal Judges, Lemon, Chasez, 3 appeals judges, Polozola, Tyson, Clements, FBI agents Horner and Higgins **are all aware of this crime. It is a federal felony to know of crime and not report the crime. Instead, they all chose to aid and abett the crime and turned their heads the other way.**

This plaintiff does not want to forget to add the names of Janet Reno, U. S. Attorney General and Louis Freeh, Director of the FBI.

**THIS CASE HAS GONE FROM CIVIL TO CRIMINAL.**

**The defendants, Apple One Employment Services,** does tie into this matter.

By Federal Judge Livaudais taking no actions against Jim Letten and Eddie Jordan, Jr. Judge Livaudais, by recusing himself from this case, he gave Letten and Jordan permission to continue on by intentionally letting corruption thrieve.

When Robert Guidry obtained the Riverboat Gaming Liscense via extortation of which the federal authorities proved, Robert Guidry sold an illegally obtained liscense to Boyd Gaming Corporation therefore, giving Boyd Gaming the opportunity to continue on with earning revenue from "EXTORTION." The Louisiana Federal Authorities, Janet Reno and Louis Freeh knew what they were doing.

Boyd Gaming prior to the Treasure Chest Casino opening in Kenner, Louisiana was partners with Robert Guidry who knew fully well that Robert Guidry was involved in

-5-

extortion as well as Mr. Robert Vosbein, Sr., and those employed at the law firm of Adams and Reese in New Orleans, Louisiana. The local federal and state authorities didn't do a thing. They let the crime go on. Bill Boyd of Boyd Gaming Corporation was never indicted, he is now 100% owner of the Treasure Chest Casino and is laughing his way all the way to the bank and has A LOT of purchasing power with illegally obtained revenue. Hence, purchasing the services of the defendant, APPLE ONE EMPLOYMENT SERVICES, amongst other vendors and stock on the Stock Exchange of which the Securities and Exchange Commission has done nothing about.

The matter gets worse, as it does tie into this particular defendant, Apple One Employment Services. The federal government has a contract with one of the vendors, Federal Express. Federal Express receives Boyd Gaming Corporation illegally obtained money ( money laundering ) who is contracted with the defendant in this case who the defendant uses another vendor ALL-IN-ONE who uses another vendor the law firm of Nicaud, Sunseri, Fradell who uses the defendants attorney, Mr. J. Douglas Sunseri.

Mr. J. Dougals Sunseri was made aware of the crime that is going on, especially after he took a depostion from this plaintiff in September 2000, because Judge Livaudais did not honor the motion to stay that the plaintiff requested and because Judge Livaudais DID NOTHING about Jim Letten and Eddie Jordan, Jr. See Exhibit "W."

Now the federal government is the supplier of funds that is now being used in criminal activity. This is not to let the City of Kenner out because the City of Kenner receives

-6-

federal funds and the City of Kenner is leasing the space to Boyd Gaming Corporation who is allowed to operate on an illegally obtained riverboat gaming liscense, while Al Copeland presents his case in Louisiana State Court and the Attorney General for the State of Louisiana is in the Middle District in front of federal Judge Parker requesting that Robert Guidry turn over $35,000,000.00 for restittution for the citizens of the State of Louisiana. When this plaintiff contacted the attorney overseeing this matter and demanded that she be given restitution because she has not yet to this date received her salary from Boyd Gaming Corporation of which Federal Judge Mary Ann Vial Lemon agrees upon, but was angry at this plaintiff for allegedly proving how she participated in criminal activity with Robert Guidry, she refused to rule on the salary and ordered the plaintiff to take it to another court. It all can be read in the pleadings, LOVOI vs. TREASURE CHEST CASINO, LLC., ETAL

CONCLUSION

This plaintiff has SUFFERED GREATLY because of these matters. This plaintiff demands an investigation by the TASK FORCE on ORGANIZED CRIME especially where federal funds are being misused to aid and abet criminal activity.

RESPECTFULLY SUBMITTED,

*Josephine S. Lovoi*
JOSEPHINE S. LOVOI
PLAINTIFF IN PRO SE
843 AURORA AVENUE
METAIRIE, LA 70005
(504) 833-7590

ORDER

IT IS ORDERED that plaintiff is granted leave to file
~~Considering all of the above information in this pleading the plaintiff is GRANTED~~
the attached memorandum and exhibits
~~to submitted evidence on~~ NOVEMBER 9, 2000 in New Orleans, Louisiana.

*[signature]*

UNITED STATES FEDERAL JUDGE