

MINUTE ENTRY
FALLON, J.
November 8, 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOSEPHINE S. LOVOI * CIVIL ACTION

VERSUS * NO. 00-161

APPLE ONE EMPLOYMENT SERVICES * SECTION "L"

A status conference was held this date at 3:30 p.m. in the chambers of Judge Eldon E. Fallon. In attendance were Josephine Lovoi, *pro se*, and J. Douglas Sunseri for the defendant. Counsel are confident that the case will be ready for trial on the date which was selected by counsel at the preliminary conference, and the Court indicated that the trial date will be enforced.

IT IS ORDERED that within thirty (30) days plaintiff and defendant file any dispositive motions such as motions for summary judgment with the Court to be noticed for hearing on no later than January 3, 2001.

DATE OF ENTRY
NOV 13 2000

___Fee___
___Process___
X_Dktd_ ___
___CtRmDep___
Doc.No.___68___