COPY IN CHAMBERS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED **NOV 2 1 2000**

LORETTA G. WHYTE
Clerk

| | |
|---|---|
| JOSEPHINE S. LOVOI<br>PLAINTIFF | CIVIL ACTION |
| VS. | CASE NO. 00-161 |
| APPLE ONE EMPLOYMENT SERVICES<br>DEFENDANT | SECTION "L" (4) |

*************************************************************************

MOTION AND MEMORANDUM REQUESTING THAT THE COURT ORDER THE DEFENDANT'S LEGAL COUNSEL AND ITS LAW FIRM AND EACH ATTORNEY IN THAT LAW FIRM DEVULGE THE SOURCE OF COMPENSATION AND ANY TYPE OF COMPENSATION BEING RECEIVED BY THE DEFENANDANT OR ANY REPRESENTATIVE OF THE DEFENDANT

*************************************************************************

NOW INTO COURT COMES, Josephine S. Lovoi, plaintiff in pro se who motions this court to have the legal counsel of the defendant and its law firm or any representative and each of the attorney's in the law firm to devulge the **source and specific type of compensation** that they are receiving to represent this defendant.

On November 8, 2000, in the conference room of Judge Fallon, he gave specific instructions that the plaintiff and the legal counsel for the defendant **communicate.**

Those were instructions. It appears that Mr. J. Douglas Sunseri does not wish to follow the instructions of this court. Therefore, this plaintiff ask this court to intervene and find out this information for the following reasons.

This plaintiff alleged to Mr. Sunseri that the revenue that his defendant and himself and his law firm are receiving is LAUNDERED MONEY from his clients **client**

**BOYD GAMING CORPORATION.)** The plaintiff alleges that this

| DATE OF ENTRY |
|---|
| NOV 2 2 2000 |


Fee____
Proce__
X Dktd
X CtRmDep
Doc.No.___

-2-

is an illegal act for compensation **should these allegations be true and** further feels that if Mr. Sunseri and his law firm or any representative of the client is taking such compensation the plaintiff is entitled to know this as well as any jurisdiction that is investigating or overseeing this case and these issues. Could Mr. Sunseri be representing this case illegally?

Mr. J. Douglas Sunseri makes no efforts to return the phone calls that this plaintiff has placed. Request for answers to interrogatories don't seem to be working for Mr. Sunseri either. Perhaps Mr. Sunseri will consider answering the court directly.

RESPECTFULLY SUBMITTED,

JOSEPHINE S. LOVOI
PLAINTIFF IN PRO SE
843 AURORA AVENUE
METAIRIE, LA 70005
(504) 833-7590

CERTIFICATE OF SERVICE

I do hereby certify that a copy of this pleading has been delivered to the legal counsel for the defendants via United States Mail, postage prepaid, via fax or hand delivered on November 21, 2000.

ORDER

CONSIDERING the above facts the plaintiff is GRANTED and ORDER that the Mr. Sunseri, his law firm and all lawyers in his law firm and any representative of the defendant devulge their source and any type of compensation that they are receiving for representing the defendant and this case on _____, 2000, in New Orleans, Louisiana.

*[DENIED stamped across order]*

_____
UNITED STATES DISTRICT JUDGE

NOTICE OF HEARING SET FOR Dec. 6th, 2000 AT 9:00 A.M