UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  22 NOV 2000
LORETTA G. WHYTE
CLERK

COPY IN CHAMBERS

JOSEPHINE S. LOVOI                    Civil Action
    PLAINTIFF

VS.                                   CASE NO. 00-161

APPLEONE EMPOYMENT                    SECTION "L"(4)
SERVICES
    DEFENDANT

MOTION FOR PERMISSION TO FILE
PLAINTIFFS OBJECTION TO DEFENDANTS
MEMORANDUM TO PLAINTIFFS MOTION
ORDERING DEFENDANT TO CEASE
PRINTING AND DISTRIBUTING AGE
DISCRIMINATORY (SIC) BROCHURE AND

MOTION REQUESTING THAT THE COURT
ORDER THE DEFENDANT TO CEASE
BUSINESS OPERATIONS IN AMERICA
AND MEMORANDUM IN SUPPORT OF
CROSS-MOTION AND RULE 11 SANCTIONS

DATE OF ENTRY
NOV 2 8 2000



-2-

NOW INTO COURT COMES, JOSEPHINE S. LOVOI, PLAINTIFF IN PRO SE WHO MOTIONS THIS COURT FOR PERMISSION FOR THE ABOVE CAPTIONED PLEADING.

RESPECTFULLY SUBMITTED,

*Josephine S. Lovoi*

JOSEPHINE S. LOVOI
PLAINTIFF IN PRO SE
843 AURORA AVE.
METAIRIE, LA 70005
504-833-7590

CERTIFICATE OF SERVICE

I do hereby CERTIFY THAT A COPY OF THIS PLEADING HAS BEEN SERVED TO THE DEFENDANTS LEGAL COUNSEL VIA UNITED STATES MAIL, POSTAGE PREPAID, OR VIA FAX OR HAND DELIVERED ON 11/22/00

*Josephine S. Lovoi*

# ORDER

Considering the above motion, plaintiff is GRANTED permission to file her reply memorandum to defendant's opposition to ~~motion of objection~~ plaintiff's motion.

Nov. 22, 2000.

_____
UNITED STATES FEDERA JUDGE