Case 2:00-cv-00161-EEF  Document 86  Filed 11/22/2000  Page 1 of 2

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 22 NOV 2000
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPHINE S. LOVOI           CIVIL ACTION
   PLAINTIFF
                             CASE NO. 00-161
VS.
APPLE ONE EMPLOYMENT         SECTION "L" (4)
SERVICES
   DEFENDANT

MOTION FOR PERMISSION TO FILE PLAINTIFF OBJECTS TO DEFENDANT, APPLE ONE EMPLOYMENT SERVICES, INC. MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

NOW INTO COURT COMES, JOSEPHINE S. LOVOI, PLAINTIFF IN PRO SE WHO MOTIONS THIS COURT IN THE ABOVE CAPTION PLEADING.

DATE OF ENTRY
NOV 3 0 2000

RESPECTFULLY SUBMITTED,

Josephine S. Lovoi
JOSEPHINE S. LOVOI
PLAINTIFF IN PRO SE
843 AURORA AVE.
METAIRIE, LA 70005
504-833-2590

CERTIFICATE OF SERVICE

I do hereby certify that a copy of this pleading has been served to defendant's legal counsel via United States mail, postage prepaid, via fax, or hand delivered on 11/22/00.

Josephine S. Lovoi

# ORDER

Considering the above motion plaintiff is GRANTED permission to file motion for permission to file plaintiff's objection.

_____
UNITED STATES DISTRICT JUDGE
Magistrate