U.S. DISTRICT COURT
Eastern District of Louisiana

COPY IN CHAMBERS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED NOV 28 2000

LORETTA G. WHYTE
Clerk VXH

JOSEPHINE S. LOVOI
    PLAINTIFF

VS:

APPLEONE EMPLOYMENT
SERVICES, DEFENDANT

CIVIL ACTION

CASE NO. 00-161

SEC. "L"(4)

MOTION FOR LEAVE TO FILE
    SUPPLEMENTAL MEMORANDUM

NOW INTO COURT COMES, JOSEPHINE S. LOVOI,
PLAINTIFF IN PRO SE WHO MOTIONS THIS
COURT FOR LEAVE TO FILE SUPPLEMENTA
MEMORANDUM.

RESPECTFULLY SUBMITTED,

Josephine S. Lovoi
JOSEPHINE S. LOVOI
PLAINTIFF IN PRO SE
843 AURORA AVE.
METAIRIE, LA 70005
504-833-7590

DATE OF ENTRY
DEC 6 2000

Certificate of Service
I hereby certify that I have served a copy of this
document on all counsel of record either in person
or by mailing it postage prepaid on this
28 day of NOV, 200 0

Signature

___ Fee
___ Process
_X_ Dktd
_X_ CtRmDep
Doc.No. 89

ORDER

CONSIDERING THE MEMORANDUM SUBMITTED THE PLAINTIFF IS GRANTED LEAVE TO SUBMIT MEMORANDUM TO THE COURT ON Dec 4 , 2000 IN NEW ORLEANS, LA.

UNITED STATES DISTRICT JUDGE