MINUTE ENTRY
FALLON, J.
December 6, 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPHINE S. LOVOI | * | CIVIL ACTION |
| VERSUS | * | NO. 00-161 |
| APPLE ONE EMPLOYMENT SERVICES | * | SECTION "L" (4) |

Before the Court are plaintiff's motions: (1) Ordering Defendant to Cease Printing and Distributing Age Discriminatory Brochure, (2) Requesting that this Court Order the Defendant to Cease Business Operations in America, and (3) Requesting that Judge Fallon Place in Order Form Instructions to Legal Counsel for Defendant to Follow Rules of Civil Procedure. In addition, defendant moves for sanctions against plaintiff pursuant to Rule 11 of the Federal Rules of Civil Procedure. IT IS ORDERED that plaintiff's motions and defendant's motion are DENIED.

DATE OF ENTRY
DEC 8 2000

