FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC -6 AM 9: 27
DEC 0 6 2000
LORETTA G. WHYTE
CLERK

COPY IN CHAMBERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPHINE S. LOVOI | CIVIL ACTION |
| VS. | NO. 00-0161 |
| APPLE ONE EMPLOYMENT SERVICES | ELDON E. FALLON<br>SECTION "L" |
| | MAGISTRATE KAREN WELLS ROBY<br>DIVISION 4 |

**MOTION FOR LEAVE TO SUPPLEMENT DEFENDANT,
APPLEONE EMPLOYMENT SERVICES'
MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Defendant, AppleOne Employment Services, who appears herein for leave to Supplement its Motion and Memorandum for

DATE OF ENTRY
DEC 1 3 2000

Summary Judgment previously filed herein with Defendant's Statement of Uncontested Material Facts, as more fully explained in the attached Memorandum.

Respectfully submitted,

_____
J. DOUGLAS SUNSERI (#19173)
KIRK J. FROSCH (#24097)
NICAUD, SUNSERI & FRADELLA, L.L.C.
A Group of Professional Law Corporations
3525 N. Causeway Boulevard, Suite 101
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Defendant
AppleOne Employment Services

---

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on Plaintiff In Pro Se, Josephine S. Lovoi by hand delivery or placing same in the United States mail, properly addressed and postage pre-paid this ____ day of December, 2000.

_____
J. DOUGLAS SUNSERI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPHINE S. LOVOI** | **CIVIL ACTION** |
| **VS.** | **NO. 00-0161** |
| **APPLE ONE EMPLOYMENT SERVICES** | **ELDON E. FALLON SECTION "L"** |
| | **MAGISTRATE KAREN WELLS ROBY DIVISION 4** |

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO SUPPLEMENT DEFENDANT, APPLEONE EMPLOYMENT SERVICES' MOTION FOR SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

On December 5, 2000, Defendant, AppleOne Employment Services filed a Motion and Memorandum in Support of Motion for Summary Judgment in the above captioned matter. At hearing on said Motion for Summary Judgment is set for December 20, 2000. Further, the Statement of Uncontested Facts was inadvertently omitted. Accordingly, Defendant desires to supplement said Motion and Memorandum in Support of Motion for Summary Judgment to include Statement of Uncontested Facts and request this Honorable Court to grant leave to file said Statement of Uncontested Facts. Further, at all designations referred to in the Statement of Uncontested Facts

pertaining to Exhibits, Defendant request this Honorable Court to refer to Exhibits attached to the Defendant, AppleOne Employment Services' Memorandum in Support of Motion for Summary Judgment.

Based on the foregoing, Defendant, Apple One respectfully request this Honorable to allow Defendant, Apple One to supplement its Motion for Summary Judgment to include the attached Statement of Uncontested Facts.

**Respectfully submitted,**

_____
J. DOUGLAS SUNSERI (#19173)
KIRK J. FROSCH (#24097)
**NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Law Corporations
3525 N. Causeway Boulevard, Suite 101
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Defendant,
Apple One Employment Services, Inc.

---

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on Plaintiff In Pro See, Josephine S. Lovoi by hand delivery or placing same in the United States mail, properly addressed and postage pre-paid this _____ day of December, 2000.

_____
J. DOUGLAS SUNSERI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPHINE S. LOVOI** | **CIVIL ACTION** |
| VS. | NO. 00-0161 |
| **APPLE ONE EMPLOYMENT SERVICES** | **ELDON E. FALLON**<br>**SECTION "L"**<br><br>**MAGISTRATE KAREN WELLS ROBY**<br>**DIVISION 4** |

## ORDER

Considering the above and foregoing Motion for Leave to Supplement Motion for Summary Judgment:

**IT IS HEREBY ORDERED,** that Defendant, Apple One Employment Services be granted leave to Supplement its Motion for Summary Judgment to include Statement of Uncontested Facts.

New Orleans, Louisiana this _____ day of _____, 2000.

_____
JUDGE