COPY IN CHAMBERS

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED **DEC 1 2 2000**

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPHINE S. LOVOI<br>    PLAINTIFF | CIVIL ACTION |
| VS. | CASE NO. 00-161 |
| APPLE ONE EMPLOYMENT SERVICES<br>    DEFENDANT | SECTION "L" (4) |

*********************************************************************
PLAINTIFF REQUEST PERMISSION TO FILE MOTION AND
MEMORANDUM TO LEAVE TO FILE SUPPLEMENTAL EVIDENCE
*********************************************************************

NOW INTO COURT COMES, Josephine S. Lovoi, plaintiff in pro se who request from this court that she be given permission to file a Motion and Memorandum to Leave to File Supplemental Evidence.

RESPECTFULLY SUBMITTED,

JOSEPHINE S. LOVOI
PLAINTIFF IN PRO SE
843 AURORA AVENUE
METAIRIE, LA 70005
(504) 833-7590

CERTIFICATE OF SERVICE

I do hereby certify that a copy of this pleading has been served to the defendants legal counsel via U. S. Mail, postage pre paid, or fax or hand delivered on December 12, 2000.

DATE OF ENTRY
DEC 1 4 2000

___Fee___
___Process___
_X_ Dktd
_X_ CtRmDep
Doc.No. _95_

## ORDER

CONSIDERING the above pleading the plaintiff is GRANTED PERMISSION to file Motion and Memorandum For Leave to file Supplemental Evidence on December 13, 2000 in New Orleans, Louisiana.

_____
United States District Federal Judge