COPY IN CHAMBERS



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

DEC 19 2000

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPHINE S. LOVOI | CIVIL ACTION |
| VS. | NO. 00-0161 |
| APPLE ONE EMPLOYMENT SERVICES | ELDON E. FALLON SECTION "L" |
| | MAGISTRATE KAREN WELLS ROBY DIVISION 4 |

## MOTION FOR LEAVE TO SUPPLEMENT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, AppleOne Employment Services, who appears herein for leave to supplement its Motion for Summary Judgment and Memorandum in Support thereof filed on or about December 5, 2000 with fully

DATE OF ENTRY
DEC 2 7 2000



Fee_____
Process_____
X Dktd_____
___CtrmDep_____
Doc.No._____

executed affidavits, as more fully explained in the attached Memorandum. A hearing date is set on

December 20, 2000.

Respectfully submitted,

J. DOUGLAS SUNSERI (#19173)
KIRK J. FROSCH (#24097)
**NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Law Corporations
3525 N. Causeway Boulevard, Suite 101
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Defendant
AppleOne Employment Services

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on Joseph S. Lovoi, Plaintiff Pro Se by hand delivery or placing same in the United States mail, properly addressed and postage pre-paid this 19 day of December, 2000.

_____
J. DOUGLAS SUNSERI

Page 2

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPHINE S. LOVOI** | **CIVIL ACTION** |
| **VS.** | **NO. 00-0161** |
| **APPLE ONE EMPLOYMENT SERVICES** | **ELDON E. FALLON SECTION "L"** |
| | **MAGISTRATE KAREN WELLS ROBY DIVISION 4** |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO SUPPLEMENT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

On December 5, 2000, Defendant, AppleOne Employment Services filed a Motion for Summary Judgment on the basis plaintiff, Josephine S. Lovoi, failed to meet her *prima facia* burden of proof of age discrimination in AppleOne not referring Plaintiff, Josephine S. Lovoi for employment. A hearing is set on December 20, 2000. There will be no oral argument.

At the time of filing said Motion for Summary Judgment and Memorandum in Support thereof, Defendant, AppleOne submitted unexecuted Affidavit of Anna Katherine Ray as Exhibit

Page 1

"K" and unexecuted Affidavit of Mandy Rush as Exhibit "L". Said affiants reside out of state. Defendant respectfully request leave to supplement the previously filed Motion for Summary Judgment and Memorandum in Support thereof with fully executed Affidavits of Anna Katherine Ray, Exhibit "K" and Mandy Rush, Exhibit "L", which are attached hereto in place of unexecuted affidavits.

Conclusion

Based on the foregoing, Defendant, AppleOne Employment Services request the Affidavits of Mandy Rush and Anna Katherine Ray be submitted with Defendant's Motion for Summary Judgment and accompanying Memorandum in Support scheduled to be heard on December 20, 2000.

Respectfully submitted,

J. DOUGLAS SUNSERI (#19173)
KIRK J. FROSCH (#24097)
NICAUD, SUNSERI & FRADELLA, L.L.C.
A Group of Professional Law Corporations
3525 N. Causeway Boulevard, Suite 101
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Defendant,
AppleOne Employment Services

---

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on Joseph S. Lovoi, Plaintiff Pro Se by hand delivery or placing same in the United States mail, properly addressed and postage pre-paid this ___ day of December, 2000.

_____
J. DOUGLAS SUNSERI

---

Page 2

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPHINE S. LOVOI** | **CIVIL ACTION** |
| **VS.** | **NO. 00-0161** |
| **APPLE ONE EMPLOYMENT SERVICES** | **ELDON E. FALLON SECTION "L"** |
| | **MAGISTRATE KAREN WELLS ROBY DIVISION 4** |

## <u>ORDER</u>

Considering the above and foregoing Motion for Lease to Supplement Motion for Summary Judgment and Memorandum in Support thereof:

**IT IS HEREBY ORDERED,** that Defendant, AppleOne Employment Services be granted leave to Supplement its Motion for Summary Judgment and Memorandum in Support thereof to

include fully executed Affidavit of Anna Katherine Ray (Exhibit "K") and Affidavit of Mandy Rush

(Exhibit "L") in place of the previously filed unexecuted affidavits of the same.

New Orleans, Louisiana this _21_ day of _December_, 2000.

_____

JUDGE