

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 JAN -5 PM 2: 11
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPHINE S. LOVOI | CIVIL ACTION |
| VS. | NO. 00-0161 |
| APPLE ONE EMPLOYMENT SERVICES | JUDGE ELDON E. FALLON SECTION "L" |
| | MAGISTRATE KAREN WELLS ROBY DIVISION 4 |

### SUPPLEMENTAL WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Defendant, AppleOne Employment Services, who appears herein to supplement and amend its Witness List to include the following:

1) Yvonne Bourgeois;

2) Representative of Bourgeois Staffing;

3) Representative of Grand Casino in Biloxi, Mississippi;

4) Representative of Treasure Chest Casino;

5) Representative of Boyd Kenner, Inc.

6) Representative of Boyd Gaming;

7) Representative of Anchor Glass Container;

8) Any other representatives of prior employers of Josephine Lovoi.

**Respectfully submitted,**

*[signature]*

**J. DOUGLAS SUNSERI (#19173)
KIRK J. FROSCH (#24097)
NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Law Corporations
3525 N. Causeway Boulevard, Suite 101
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Defendant,
AppleOne Employment Services

---

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by hand delivery or placing same in the United States mail, properly addressed and postage pre-paid this 3rd day of January, 20001.

*[signature]*
J. DOUGLAS SUNSERI