UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -8 PM 5:06

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JOSEPHINE S. LOVOI | CIVIL ACTION |
| VERSUS | NO. 00-161 |
| APPLE ONE EMPLOYMENT SERVICES | SECTION: L |

## JUDGMENT

Considering the Court's Order and Reasons entered herein on January 5, 2001, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Apple One Employment Services, and against plaintiff, Josephine S. Lovoi, dismissing said plaintiff's complaint with prejudice. Each party is to bear its own costs.

New Orleans, Louisiana, this 5th day of January, 2001.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN - 9 2001