MINUTE ENTRY
FALLON, J.
January 10, 2001



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPHINE S. LOVOI | * | CIVIL ACTION |
| VERSUS | * | NO. 00-161 |
| APPLE ONE EMPLOYMENT SERVICES | * | SECTION "L" (4) |

Before the Court is plaintiff's objections to the Court's Order and Reasons of January 5, 2001. Plaintiff objects to the granting of summary judgment for the defendant and the dismissal of her complaint. Because plaintiff seeks relief from the judgment favoring defendant, the Court will construe her objections as a motion for new trial or amendment of judgment pursuant to Rule 59 of the Federal Rules of Civil Procedure. *See Lavespere v. Niagara Mach. & Tool Works, Inc.*, 910 F.2d 167, 173 (5th Cir.1990) (holding that a motion to reconsider a dispositive pre-trial motion is analogous to a motion to "alter or amend the judgment" under Federal Rule of Civil Procedure 59(e)).

The Court may grant a Rule 59(e) motion only upon a movant's showing of: "(1) an intervening change of controlling law; (2) the availability of new evidence; and/or (3) the need to correct a clear and manifest error of fact or law." *Washington v. CSC Credit Services, Inc.*, 180 F.R.D. 309, 311 (E.D. La. 1998), *rev'd and vacated on other grounds*, 199 F.3d 263 (5th Cir. 2000) 311. Plaintiff fails to demonstrate any of these requirements necessary for relief under Rule 59(e). Accordingly, defendant's objections to order and reasons/motion for relief from judgment is DENIED.

DATE OF ENTRY
JAN 1 1 2001

